IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ELKHORN VALLEY BANK & TRUST, | ) | |
| | ) | |
| Plaintiff, | ) | 4:11CV3201 |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | ORDER OF DISMISSAL |
| | ) | |
| Defendant. | ) | |
| | ) | |

    A Stipulation for Dismissal, ECF No. 17, has been filed by counsel of record and states that "[t]he parties stipulate that this case be dismissed with prejudice, the parties to bear their respective costs, including any possible attorney fees or other expenses of litigation."

    IT IS ORDERED that this case is dismissed with prejudice, each party to bear its respective costs, including any possible attorney fees or other expenses of litigation.

    Dated March 21, 2012.

                                BY THE COURT

                                s/ Warren K. Urbom
                                United States Senior District Judge